## STREETS v. STATE.
### No. 21953.

Court of Criminal Appeals of Texas.

Feb. 18, 1942.

W. W. Ballard, of Wichita Falls, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

GRAVES, Judge.

Appellant was convicted of rape, and his punishment assessed at seven years confinement in the penitentiary.

This cause comes before us without any statement of facts or bills of exceptions. The indictment appears to be in proper form, and all proceedings herein seem to be regular, and we have no other alternative than to affirm the judgment, which is accordingly done.